Kathleen McLeod Caminiti, Esq.
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
(908) 516-1050
(908) 516-1051
*kcaminiti@fisherphillips.com*
*Attorneys for Defendant*
FedEx Ground Package System, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON CHICKACHOP, *individually and on behalf of those similarly situated*, <br><br>                    Plaintiff, <br><br>         v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC. <br><br>                    Defendant. | Civil Action No. 3:21-cv-1181-FLW-RLS <br><br> **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** <br><br> **Motion Day:  September 6, 2022** |

**TO:**   Matthew D. Miller, Esq.
         Joshua S. Boyette, Esq.
         Swartz Swidler LLC
         1101 Kings Highway N., Suite 402
         Cherry Hill, NJ 08034

**COUNSEL:**

**PLEASE TAKE NOTICE** that on September 6, 2022, or as soon thereafter as counsel may be heard, Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), by and through its counsel, Fisher Phillips LLP, will move before the Honorable Freda L. Wolfson, U.S.D.J. of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, located at 402 East State Street Room, Trenton, NJ 08608 for an order pursuant

to Federal Rule of Civil Procedure 12(b)(1), 37(d)(1), and/or 41(b) dismissing the Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of its said motion, FedEx Ground relies upon the accompanying Memorandum of Law and the Declaration of Kathleen McCleod Caminiti.

                                Attorneys for Defendant
                                FedEx Ground Package System, Inc.

By: /s/ Kathleen M. Caminiti

Kathleen McLeod Caminiti, Esq.
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
(908) 516-1050
kcaminiti@fisherphillips.com

David J. Kiefer (02980-2011)
FEDEX GROUND PACKAGE SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-4140
Fax: (412) 859-5450
david.kiefer@fedex.com

Mary-Jo Rebelo, Esq.
Lyle D. Washowich, Esq.
BURNS WHITE LLC
48 26th Street
Pittsburgh, PA 15222
Tel: (412) 995-3000
Fax: (412) 995-3300
mjrebelo@burnswhite.com
ldwashowich@burnswhite.com

Dated: August 5, 2022

## CERTIFICATION OF SERVICE

I hereby certify that, on this date, the foregoing Defendant FedEx Ground Package System, Inc.'s Notice of Motion to Dismiss the Complaint and supporting documents were electronically filed and served by ECF on the following:

Matthew D. Miller, Esq.
Joshua S. Boyette, Esq.
SWARTZ SWIDLER LLC
1101 Kings Highway North, Suite 402
Cherry Hill, NJ  08034
*Attorneys for Plaintiff*

Kathleen McLeod Caminiti

Dated:  August 5, 2022