# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON CHICKACHOP, *individually and on behalf of those similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>　　　　　Defendant. | Civil Action No. 3:21-cv-1181-FLW-RLS<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

THIS MATTER being brought before the Court by Kathleen McLeod Caminiti, Esq., Fisher & Phillips LLP, attorneys for Defendant FedEx Ground Package System, Inc., on Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1), 37(d)(1), and/or 41(b); and the Court having considered the submissions and arguments of all parties; and good cause being shown:

IT IS, on this _____ day of _____, 2022, HEREBY ORDERED as follows:

1. Defendant FedEx Ground Package System, Inc.'s Motion to Dismiss the Complaint with prejudice is GRANTED; and

2. The Complaint is DISMISSED with PREJUDICE.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Freda L. Wolfson, U.S.D.J.