

**Fisher Phillips**

fisherphillips.com

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1062

**Writer's E-mail:**
kcaminiti@fisherphillips.com

August 19, 2022

*VIA ECF AND E-MAIL (RLS_ORDERS@NJD.USCOURTS.GOV)*
Hon. Rukshanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

> Re:    *Chickachop v. FedEx Ground Package System, Inc.*
>        *Civil Action No. 3:21-cv-1181*

Dear Judge Singh:

This firm represents Defendant FedEx Ground Package System, Inc. ("FedEx Ground") in the above-captioned matter.  The parties write this joint letter pursuant to the Court's Order entered on July 19 (ECF No. 37).  This letter provides a current status of the matter.

On July 19, this Court entered an Order that required Plaintiff to propose dates for his deposition no later than August 3 (ECF No. 37).  If Plaintiff failed to abide by the Order, FedEx Ground's request for leave to file a motion to dismiss (ECF No. 36) would be granted.  Plaintiff failed to propose dates for his deposition by August 3.  Plaintiff remains unresponsive to Plaintiff's counsel's efforts to contact him.

On August 5, FedEx Ground filed its motion to dismiss the Complaint.  The motion is currently returnable on September 6.  Plaintiff's counsel intends to oppose the pending motion by August 23, in accordance with the rules of this Court.

We thank Your Honor for your time and courtesies.

Respectfully submitted,
*/s/Kathleen McLeod Caminiti*
Kathleen McLeod Caminiti
For FISHER & PHILLIPS LLP

*/s/Matthew Miller*
Matthew D. Miller
For SWARTZ SWIDLER, LLC

cc:    All counsel of record (via ECF)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 44923847.2