

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1062

**Writer's E-mail:**
kcaminiti@fisherphillips.com

August 26, 2022

**VIA ECF**

Honorable Freda L. Wolfson, C.U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *Chickachop v. FedEx Ground Package System, Inc.*
Civil Action No. 3:21-cv-1181

Dear Chief Judge Wolfson:

This firm represents Defendant FedEx Ground Package System, Inc. ("FedEx Ground") in the above-referenced matter. On August 5, FedEx Ground filed its Motion to Dismiss the Complaint (ECF No. 38), which is currently returnable on September 6. Plaintiff's opposition was due no later than August 23. Plaintiff did not file any opposition papers to the pending motion. Therefore, FedEx Ground respectfully requests that this Court grant FedEx Ground's motion in its entirety.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Kathleen McLeod Caminiti*

Kathleen McLeod Caminiti
For FISHER & PHILLIPS LLP

KMC:ava

cc:  Matthew D. Miller, Esq. (via ECF)
All counsel of record (via ECF)

**Fisher & Phillips LLP**

Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 45035671.1